IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEDRICK RILEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE CITY OF RICHMOND, et al.,<br><br>　　　　Defendants.<br>_____ / | No. C 13-4752 MMC<br><br>**ORDER STRIKING DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT, STAY PROCEEDINGS, AND/OR STRIKE PLEADINGS; CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　　Before the Court is defendants' "Motion to Dismiss First Amended Complaint, Stay Proceedings, and/or Strike Pleadings," filed January 28, 2014.

　　　　In said motion, which is twenty-three pages in length, defendants purport to incorporate by reference certain arguments defendants "briefed extensively" in two previously filed documents (see Defs.' Mot. at 5:6-8), which would extend the motion well beyond the 25-page limit set forth in the Civil Local Rules of this District. See Civil L.R. 7-2(b). Moreover, the "points and authorities in support of the motion" must be contained in "one filed document." See id.

　　　　Because defendants' motion does not comply with the Civil Local Rules, defendants' motion is hereby STRICKEN, without prejudice to defendants' refiling, no later than February 7, 2014, a motion in compliance therewith.

//

In light of the above, the Case Management Conference, currently scheduled for February 7, 2014, is hereby CONTINUED to April 25, 2014.  A Joint Case Management Statement shall be filed no later than April 18 2014.

**IT IS SO ORDERED.**

Dated:  January 29, 2014

MAXINE M. CHESNEY
United States District Judge

2