IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEDRICK RILEY,<br><br>   Plaintiff,<br><br>   v.<br><br>THE CITY OF RICHMOND, et al.,<br><br>   Defendants. | No. C-13-4752 MMC<br><br>**ORDER VACATING HEARING ON DEFENDANTS' MOTION TO DISMISS, STAY AND/OR STRIKE PLEADINGS** |

Before the Court is defendants' "Motion to Dismiss First Amended Complaint, Stay Proceedings, and/or Strike Pleadings," filed February 7, 2014. Plaintiff has filed opposition, to which defendants have replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for decision on the parties' respective written submissions and hereby VACATES the hearing scheduled for March 14, 2014.

**IT IS SO ORDERED.**

Dated: March 11, 2014

MAXINE M. CHESNEY
United States District Judge