IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEDRICK RILEY, | No. C-13-4752 MMC |
| Plaintiff, | **ORDER VACATING HEARING ON DEFENDANTS' MOTION TO DISMISS, STAY AND/OR STRIKE PLEADINGS** |
| v. | |
| THE CITY OF RICHMOND, et al., | |
| Defendants. | |

Before the Court is defendants' "Motion to Dismiss Second Amended Complaint, Stay Proceedings, and/or Strike Pleadings," filed April 17, 2014. Plaintiff has filed opposition, to which defendants have replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for decision on the parties' respective written submissions and hereby VACATES the hearing scheduled for May 23, 2014.

**IT IS SO ORDERED.**

Dated: May 21, 2014

MAXINE M. CHESNEY
United States District Judge