IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEDRICK RILEY, | No. C-13-4752 MMC |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| THE CITY OF RICHMOND, et al., | |
| Defendants. | |

In light of the Court's order, filed concurrently herewith, dismissing the Second Amended Complaint with leave to amend, the Case Management Conference, presently scheduled for June 20, 2014 is hereby CONTINUED to September 19, 2014, at 10:30 a.m. A Joint Case Management Statement shall be filed no later than September 12, 2014.

**IT IS SO ORDERED.**

Dated: June 16, 2014

MAXINE M. CHESNEY
United States District Judge