IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEDRICK RILEY,<br><br>    Plaintiff,<br><br>v.<br><br>THE CITY OF RICHMOND, et al.,<br><br>    Defendants.<br>_____/ | No. C-13-4752 MMC<br><br>**ORDER VACATING HEARING ON DEFENDANTS' MOTION TO DISMISS THIRD AMENDED COMPLAINT, STAY PROCEEDINGS AND/OR STRIKE PLEADINGS** |

Before the Court is the "Motion to Dismiss Third Amended Complaint, Stay Proceedings, and/or Strike Pleadings," filed July 14, 2014 by defendants City of Richmond and Chief of Police Christopher Magnus. Plaintiff Dedrick Riley has filed opposition, to which defendants have replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and VACATES the hearing scheduled for August 22, 2014.

    **IT IS SO ORDERED.**

Dated: August 20, 2014

                                                        MAXINE M. CHESNEY
                                                        United States District Judge