IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEDRICK RILEY, | No. C-13-4752 MMC |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| THE CITY OF RICHMOND, et al., | |
| Defendants. | |

Before the Court is the parties' Joint Case Management Statement, filed September 12, 2014, in which the parties note that defendants' motion to dismiss or stay is under submission.

In light of the pendency of the motion to dismiss or stay, the Court hereby CONTINUES the case management conference from September 19, 2014, to October 24, 2014, at 10:30 a.m. The parties shall file a joint case management statement no later than October 17, 2014.

**IT IS SO ORDERED.**

Dated: September 16, 2014

MAXINE M. CHESNEY
United States District Judge