**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   DEDRICK RILEY,                              No. C-13-4752 MMC

12           Plaintiff,                          **ORDER DIRECTING PARTIES TO FILE
                                                 JOINT STATUS CONFERENCE**
13   v.                                          **STATEMENT**

14   THE CITY OF RICHMOND, et al.,

15           Defendants.
                                              /
16

17         By order filed September 26, 2014, the Court scheduled the Initial Status

18   Conference in the above-titled matter for November 7, 2014, at 10:30 a.m, and directed the

19   parties to file, no later than one week prior thereto, a Joint Status Conference Statement.

20   On October 31, 2014, the parties filed separate statements.[1]

21         The parties are hereby DIRECTED to file, no later than Wednesday, November 5,

22   2014, by 5:00 p.m., a Joint Status Conference Statement.

23         **IT IS SO ORDERED.**

24

25   Dated: November 3, 2014                    _____
                                                 MAXINE M. CHESNEY
26                                               United States District Judge

27
     _____
28
           [1]The Court understands that plaintiff, in his separate statement, has offered an
     explanation for such filing and further notes defendants have made no response thereto.