✎AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | **District of** | California |

DEDRICK RILEY

Plaintiff (s),

V.

CITY OF RICHMOND et al.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 13-cv-04752 MMC

Notice is hereby given that, subject to approval by the court, __Plaintiff DEDRICK RILEY__ substitutes
(Party (s) Name)

__PETER BONIS__, State Bar No. __122016__ as counsel of record in
(Name of New Attorney)

place of __Dustin Collier and Drew Teti__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Law Offices of Peter H. Bonis
Address: 1990 N. California Blvd 8th Floor Walnut Creek CA 94596
Telephone: (925) 287-6429      Facsimile (877) 391-9634
E-Mail (Optional): peter@bonislaw.com

I consent to the above substitution.

Date: 3/10/2015

Dedrick Riley
*Digitally signed by Dedrick Riley*
*DN: cn=Dedrick Riley, o, ou, email=driley4992@yahoo.com, c=US*
*Date: 2015.03.10 15:57:55 -07'00'*

(Signature of Party (s))

I consent to being substituted.

Date: 2/24/2015

Dustin L. Collier
*Digitally signed by Dustin L. Collier*
*DN: cn=Dustin L. Collier, o=Collier Law Firm, ou, email=dcollier@collierlawsf.com, c=US*
*Date: 2015.02.24 13:11:54 -08'00'*

Drew F. Teti
*Digitally signed by Drew F. Teti*
*DN: cn=Drew F. Teti, o, ou, email=drew@collier-teti.com, c=US*
*Date: 2015.02.24 13:13:07 -08'00'*

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 3/10/2015

Peter H. Bonis
*Digitally signed by Peter H. Bonis*
*DN: cn=Peter H. Bonis, o, ou=LAW OFFICES OF PETER H. BONIS, email=peter@bonislaw.com, c=US*
*Date: 2015.03.10 15:55:59 -07'00'*

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED. In light thereof, the Motion to Be Relieved as Counsel, filed March 3, 2015, is hereby DENIED as moot.

Date: March 13, 2015

*[signature: Maxine M. Chesney]*

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]